IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   Case No. 08-cv-451

KELLY GROSS,

    Defendant.

---

### ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Kelly Gross, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Kelly Gross is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 14th day of May, 2009.

                                                                           Peter Oppeneer, Clerk of Court