IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                           Case No. 08-cv-451

KELLY GROSS,

        Defendant.

DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of plaintiff, United States of America, and against the defendant, Kelly Gross, as follows:

| | |
|---|---|
| A.  Principal | $2,863.98 |
| Interest through May 7, 2008 | $1,225.20 |
| Interest from May 8, 2008 through April 16, 2009 | $  145.59 |
| TOTAL | $4,234.77 |

together with interest at a variable rate until the judgment is entered, which was 8.02% until June 30, 2008, and is currently 5.01% until June 30, 2009.

    B.  Principal                               $2,976.96

         Interest through May 7, 2008      $1,144.25

         Interest from May 8, 2008
         through April 16, 2009         $   151.35

         TOTAL                         $4,272.56

together with interest at a variable rate until the judgment is entered, which was 8.02%

until June 30,2008, and is currently 5.01% until June 30, 2009.

    C.  Principal                               $3,947.29

         Interest through May 7, 2008      $1,311.22

         Interest from May 8, 2008
         through April 16, 2009         $   170.78

         TOTAL                         $5,429.29

together with interest at a variable rate until the judgment is entered, which was 7.22%

until June 30,2008, and is currently 4.21% until June 30, 2009, a civil filing fee of

$350.00, plus interest on the judgment at the legal rate until satisfaction of the debt, and

for all future fees, costs, and disbursements.

    Approved as to form this ___15ᵗʰ___ day of May, 2009.


                        *Barbara B. Crabb*
                        BARBARA B. CRABB
                        United States District Judge


Judgment entered this 20ᵗʰ day of May, 2009.


                        *Peter Oppeneer*
                        PETER OPPENEER
                        Clerk of Court