IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELLY GROSS,<br><br>　　　　Defendant. | Case No. 08-cv-451 |

STIPULATION AND ORDER FOR INSTALLMENT PAYMENTS

It is hereby stipulated and agreed, by and between the undersigned parties, that:

1.　　Judgment was entered on May 20, 2009, in favor of plaintiff United States of America and against defendant Kelly Gross in the amount of $14,597.83, plus interest thereon at .52% from the date of judgment, a $350.00 civil filing fee, plus all future fees, costs and disbursements. As of December 21, 2009, there is due on said judgment the sum of $16,277.85.

2.　　Defendant is self-employed. His business is installing and refinishing hardwood floors. Defendant stipulates that he has non-exempt disposable earnings sufficient to enable him to make a minimum payment of $75.00 per month toward the balance due on his debt to the United States.

3.　　Defendant hereby agrees to make a payment of $75.00 per month, on or before the fifteenth day of each month, beginning February 15, 2009, until his debt to the United States is paid in full.

4. Defendant agrees to submit a financial statement to the United States, upon its request, for the government's use in determining whether there have been any changes in plaintiff's financial situation that would warrant increasing or decreasing the amount of monthly payment to the United States.

5. Defendant understands that this Stipulation was prepared by Assistant United States Attorney Heidi Luehring acting solely on behalf of the United States whose interests in this case are adversarial to defendant's interests.

6. Defendant is hereby advised to hire his own lawyer to review this Stipulation and to protect defendant's interests.

7. The Court may enter an order in the form set forth below, approving the terms of this stipulation.

Dated this 20th day of January, 2010.

STEPHEN P. SINNOTT
United States Attorney

By: _____
HEIDI L. LUEHRING
Assistant United States Attorney

Dated this 13th day of JANUARY, 2010.

_____
KELLY GROSS

2

## ORDER

The terms of the foregoing stipulation are hereby approved, and it is ordered that defendant Kelly Gross pay from his non-exempt disposable earnings to the United States of America the sum of $75.00 per month beginning February 15, 2009, toward the judgment debt in the above-captioned cause of action until said debt, plus accrued interest and costs, is fully satisfied.

Entered this 27th day of January, 2010.

BY THE COURT:

BARBARA B. CRABB
United States District Judge